DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., Ste. 5000
Las Vegas, NV 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMES D. SHUFFIELD, | CASE NO.: 2:12-cv-00243-KJD-PAL |
| Plaintiff, | MOTION FOR EXTENSION OF TIME |
| v. | AND PROPOSED ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

COMES NOW defendant, by and through his attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney Defendant, moves this court for an Order granting Defendant a thirty (30) day extension of time up to and including October 24, 2012 within which to file his response to Plaintiff's Memorandum. This Order is sought on the grounds that the Assistant Regional Counsel for the Commissioner has been reassigned the case and requires additional time to respond to Plaintiff's arguments.

...

...

...

...

On September 20, 2012, Plaintiff's attorney stated through email he has no objection to the extension.

Dated: September 24, 2012         Respectfully submitted

DANIEL G. BOGDEN
United States Attorney

//S// CARLOS A. GONZALEZ
CARLOS A. GONZALEZ
Assistant United States Attorney
Attorneys for Defendant

Of Counsel:

DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

MATTHEW J. WEINBERG
Assistant Regional Counsel
United States Social Security Administration

IT IS SO APPROVED AND ORDERED.

DATED: September 24, 2012         _____
                                  UNITED STATES MAGISTRATE JUDGE

2