AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

James D. Shuffield,

             Plaintiff,

V.

Michael J. Astrue,

             Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-00243-KJD-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment for Attorney Fees is awarded in favor of Plaintiff James D. Shuffield's Counsel and against Defendant Michael J. Astrue in the amount of $19,980.00. IT IS FURTHER ORDERED that counsel shall reimburse Plaintiff the amount of $3,400.00 for the EAJA fees previously received, and to release the balance of the past-due benefits to the Plaintiff.

May 16, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Ari Caytuero

(By) Deputy Clerk